## IN THE UNITED STATES MAGISTRATE COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **9:24-po-5020-KLD** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **TY S. HUTCHISON,** | **Violation No. F5514452** |
| **Defendant.** | **Location Code:  M10** |

Based on motion of the United States and for good cause shown,

IT IS ORDERED that the motion to pardon Ty Hutchsion, expunge his conviction and dismiss the case with prejudice, pursuant to President Biden's Proclamation 10467, Violation Notice F5514452 (ECF 1) is GRANTED.  The defendant shall forfeit any fine payments made, but no further payments are required.  This order does not affect citation F5514451 under the same cause number.

DATED this 21st day of March, 2024.

KATHLEEN L. DESOTO
United States Magistrate Judge